| | | |
|---|---|---|
| ANTHONY J. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:07-0294 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| BEST BUY STORES, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion to

Dismiss and for Summary Judgment (Docket No. 32) is **DENIED**.  The court will convene a

telephone conference with counsel to reschedule the trial.

It is so ordered.

Enter this 19th day of March 2007.

ALETA A. TRAUGER
United States District Judge